James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
Atlas Shipping A/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

ATLAS SHIPPING A/S,

    Plaintiff,

-against-

SHIPPING-LAND CO. LTD.,

    Defendant.

---

08 Civ.     (    )

**CORPORATE DISCLOSURE
STATEMENT IN
ACCORDANCE
WITH RULE 7.1 OF THE
FEDERAL RULES
OF CIVIL PROCEDURE**

    I, Lissa D. Schaupp, attorney for Plaintiff Atlas Shipping A/S, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Atlas Shipping A/S is wholly owned by Atlas Holding A/S, which company is wholly owned by Atlas Invest Holding A/S. No publicly traded company owns 10% or more of Atlas Shipping A/S' stock.

Dated: New York, New York
March 7, 2008

                      HOLLAND & KNIGHT LLP

By: _____
      James H. Hohenstein
      Lissa D. Schaupp
      HOLLAND & KNIGHT LLP
      195 Broadway
      New York, NY  10007-3189
      (212) 513-3200
      Telefax:  (212) 385-9010
      E-mail: jim.hohenstein@hklaw.com
              lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*Atlas Shipping A/S*

# 5173166_v1