CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ATLAS SHIPPING A/S,

                                Plaintiff,      :      08-CV-2396

                                v.                :      **NOTICE OF**
                                                     :      **APPEARANCE**
SHIPPING-LAND CO. LTD.,

                                Defendants.   :
----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
          April 1, 2008

                                              CLARK, ATCHESON & REISERT
                                              Attorneys for Garnishee
                                              Societe Generale New York Branch

                  By:      _/s/ Richard J. Reisert_____
                                              Richard J. Reisert (RR-7118)
                                              7800 River Road
                                              North Bergen, NJ 07047
                                              Tel: (201) 537-1200
                                              Fax: (201) 537-1201
                                              Email: reisert@navlaw.com