UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATLAS SHIPPING A/S,

        Plaintiff,

-against-

SHIPPING-LAND CO. LTD.,

        Defendant.

08 Civ. 2396 (PAC)

**NOTICE OF VOLUNTARY DISMISSAL**

---

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Atlas Shipping A/S, by and through its attorneys of record, dismisses this action without prejudice.

Dated: New York, New York
       August 8, 2008

HOLLAND & KNIGHT LLP

By: _____
James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
        lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*Atlas Shipping A/S*

# 5530822_v1