UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 11 2008
```

ATLAS SHIPPING A/S,

        Plaintiff,

-against-

SHIPPING-LAND CO. LTD.,

        Defendant.

08 Civ. 2396 (PAC)

NOTICE OF
VOLUNTARY
**DISMISSAL**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Atlas Shipping A/S, by and through its attorneys of record, dismisses this action without prejudice. *The Clerk of Court shall close this case*

Dated: New York, New York
       August 8, 2008

              HOLLAND & KNIGHT LLP

By: _____
     James H. Hohenstein
     Lissa D. Schaupp
     HOLLAND & KNIGHT LLP
     195 Broadway
     New York, NY 10007-3189
     (212) 513-3200
     Telefax: (212) 385-9010
     E-mail: jim.hohenstein@hklaw.com
             lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
*Atlas Shipping A/S*

# 5530822_v1

SO ORDERED: AUG 11 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE